IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCUS A. RUSSAW,
    Petitioner,

v.

KENNETH L. JONES,
    Respondant.

Civil Action No.
2:05-CV-798-F

## MOTION FOR STATE OF HABEAS CORPUS PENDING STATE COURT APPEAL

Now Comes, the Petitioner, Marcus Antwan Russaw, herein and respectfully moves this Hon. Court for a stay of further proceedings pursuant to the above styled-cause.

Petitioner's 28 U.S.C §2254 Habeas Corpus petition should be stayed pending the out come of his Rule 32 Post Conviction Petition which is presently awaiting briefs in the Alabama Court of Criminal Appeals.

(See: States Answer).

WHEREFORE, the Petitioner prays that this motion is granted in his favor.

Respectfully,

/s/ Marcus A. Russaw
Marcus Antwan Russaw

## CERTIFICATE OF SERVIVE

Certificate of service is hereby made complete to:

Hon. Troy King - KIN047
Attorney General
State of Alabama


Hon. James B. Prude (PUR005)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, Alabama 36130-0152
Telephone: (334( 242-7300
Fax: (334) 242-2848
E-Mail: JPrude@ago.state.al.us

On this __28th__ day of __October__ 2005


                                      Marcus A. Russaw

Petitioner's Address:

AIS# 197264
Donaldson Corr. Fac
100 Warrior Lane
Bessemer, Alabama 35023