IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ANTWAN RUSSAW, <br> AIS #197264, <br> <br> Petitioner, <br> <br> v. <br> <br> KENNETH L. JONES, et al., <br> <br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-798-F <br> ) <br> ) <br> ) <br> ) |

**ORDER ON MOTION**

Upon consideration of the motion to stay filed by the petitioner on October 31, 2005 (Court Doc. No. 8), and as a stay is not warranted in this case, it is

ORDERED that the motion to stay be and is hereby DENIED.

Done this 1st day of November, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE