IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCUS ANTWAN RUSSAW, # 197264,  )
                                                )
    Petitioner,                               )
                                                )
v.                                                     )   CIVIL ACTION NO. 2:05CV798-F
                                                )
KENNETH L. JONES, *et al.,*          )
                                                )
    Respondents.                          )

**ORDER**

On 9 November 2005, the Magistrate Judge filed a Recommendation (Doc. #10) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

    ORDERED as follows:

    1.    That the Recommendation (Doc. # 10) be and is hereby ADOPTED;

    2.    That the habeas corpus petition filed by Marcus Antwan Russaw on 15 August 2005 is DENIED; and

    3.    That this petition is DISMISSED without prejudice to afford Russaw an opportunity to properly exhaust all available state court remedies.

Done this the 30th day of November, 2005.

                                                  /s/ Mark E. Fuller
                                               CHIEF UNITED STATES DISTRICT JUDGE